UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

PAMELA ANN WILLIAMS                                              PLAINTIFF

V.                    NO. 3:18CV00251 JM-JTR

ANDREW SAUL,
Commissioner of Social Security Administration                   DEFENDANT

## ORDER

The Court has reviewed the Recommended Disposition submitted by United States Magistrate Judge J. Thomas Ray and the filed objections. After carefully considering these documents and making a *de novo* review of the record in this case, the Court concludes that the Recommended Disposition should be, and hereby is, approved and adopted in its entirety as this Court's findings in all respects. Judgment will be entered accordingly.

IT IS THEREFORE ORDERED THAT the Commissioner's decision is AFFIRMED, and Plaintiff Pamela Ann Williams's Complaint *(Doc. No. 1)* is DISMISSED with prejudice.

DATED this 16th day of September, 2019.

_____
UNITED STATES DISTRICT JUDGE