UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

PAMELA ANN WILLIAMS                                                      PLAINTIFF

V.                    NO. 3:18CV00251 JM-JTR

ANDREW SAUL,
Commissioner of Social Security Administration                           DEFENDANT

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED with prejudice. Judgment is entered in favor of the Commissioner.

DATED this 16th day of September, 2019.

_____
UNITED STATES DISTRICT JUDGE